| | |
|---|---|
| 1 | TOMAS E. MARGAIN, Bar No. 193555 |
| 2 | HUY TRAN, Bar No. 288196<br>Justice at Work Law Group |
| 3 | 84 West Santa Clara Street, Suite 790<br>San Jose, CA 95113 |
| 4 | Telephone: (408) 317-1100<br>Facsimile: (408) 351-0105 |
| 5 | Tomas@JAWLawGroup.com<br>Huy@JAWLawGroup.com |
| 6 | Attorneys for Plaintiffs<br>MARIA DE MONGE VILLATORO, MARIA |
| 7 | YESENIA DE RIVERA, and MONICA<br>RODRIGUEZ RAMIREZ |
| 8 | |
| 9 | SARJU A. NARAN – BAR# 215410<br>sarju.naran@hogefenton.com |
| 10 | JENNIFER M. PROTAS – BAR# 250959<br>jenn.protas@hogefenton.com |
| 11 | HOGE, FENTON, JONES & APPEL, INC.<br>Sixty South Market Street, Suite 1400 |
| 12 | San Jose, California 95113-2396<br>Phone: (408) 287-9501 |
| 13 | Fax:  (408) 287-2583 |
| 14 | Attorneys for Defendants<br>FREMCA HOSPITALITY, LLC, SANJIB |
| 15 | GHOSE, AND FATIMA CORTEZ<br>(erroneously sued as Fatima Ghose) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA DE MONGE VILLATORO, MARIA YESENIA DE RIVERA, and MONICA RODRIGUEZ RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>FREMCA HOSPITALITY, LLC, SANJIB GHOSE, and FATIMA GHOSE,<br><br>Defendants. | Case No.  16-CV-03470 KAW<br><br>**STIPULATION TO CORRECT THE NAME OF DEFENDANT FATIMA GHOSE TO FATIMA CORTEZ AND TO CONFIRM THE IDENTITY OF MARIA YESENIA DE RIVERA** |

1                                                                    Case No. 16-CV-03470 KAW

STIPULATION TO CORRECT NAME AND CONFIRM IDENTITY

TO THIS COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

The parties hereby stipulate the Defendant FATIMA GHOSE's name should be corrected to FATIMA CORTEZ. All further pleadings shall state her correct name as FATIMA CORTEZ.

The parties also stipulate that Plaintiff MARIA YESENIA DE RIVERA was also known as Maria Los Angeles Guevara, and has at time been paid under the name "Maria Los Angeles" and "Maria Guevara."

Dated: September 30, 2016

*//s//Huy Tran//s//*
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorneys for Plaintiffs

Dated: September 30, 2016

*//s//Sarju A. Naran//s//*
Sarju A. Naran
HOGE, FENTON, JONES & APPEL, INC.
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA DE MONGE VILLATORO, MARIA YESENIA DE RIVERA, and MONICA RODRIGUEZ RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>FREMCA HOSPITALITY, LLC, SANJIB GHOSE, and FATIMA GHOSE,<br><br>Defendants. | Case No.  16-CV-03470 KAW<br><br>**[Proposed] ORDER GRANTING STIPULATION TO CORRECT THE NAME OF DEFENDANT FATIMA GHOSE TO FATIMA CORTEZ** |

Based on stipulation of the parties and good cause shown, the Court hereby orders as follows:

Defendant FATIMA GHOSE shall hereby be referred to as FATIMA CORTEZ.  The Clerk shall make this correction in electronic docket.  Moving forward, this Court and all parties shall refer to the Defendant in question in pleadings and in Court as FATIMA CORTEZ.

IT IS SO ORDERED.

Date: 10/4/16                    By: _Kandis Westmore_____
                                 The Hon. Magistrate Judge
                                 KANDIS A. WESTMORE